Anthony M. Barnes (Bar No. 199048)
Kenya S. Rothstein (Bar No. 340854)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way Oakland, CA 94609
Phone: (917) 371-8293

Barak Kamelgard (Bar No. 298822) Email: barak@lawaterkeeper.org Benjamin A. Harris (Bar No. 313193) Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E. 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>FS – PRECISION TECH. CO., LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-08353 SPG (MARx)<br><br>**NOTICE OF TENTATIVE SETTLEMENT; NOTICE OF COMMENCEMENT OF 45-DAY REVIEW PERIOD** |

PLEASE TAKE NOTICE that the parties have reached a *tentative* settlement in this proceeding. Their agreement is reflected in the Proposed Consent Decree is attached to this notice as "**Exhibit A**," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations. Furthermore, Plaintiff provides notice of commencement of the 45-day review period.

Plaintiff and Defendant await notice of Non-Objection from the U.S. Department of Justice and the U.S. Environmental Protection Agency prior to lodging the Proposed Consent Decree with this Court for approval.

On February 21, 2024, the U.S. Department of Justice and the U.S. Environmental Protection Agency (collectively, "Agencies") notified parties of the commencement of their mandatory 45-day review period under the Clean Water Act. 40 C.F.R. § 135.5 (*See* **Exhibit B**). The Agencies' received the Proposed Consent Decree on February 20, 2024. The mandatory review period ends on **April 5, 2024**. The Clean Water Act prevents entry of the consent decree prior to the expiration of the Agencies' mandatory review period. 40 C.F.R. § 135.5. ("[T]he consent judgment shall not be entered prior to 45 days following receipt by both the Administrator and the Attorney General of a copy of the consent judgment.") At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the Agencies, and if no objection will submit the Proposed Consent Decree for consideration and approval by this Court and request the court retain jurisdiction over this matter for purposes of dispute resolution and enforcement of the Proposed Consent Decree.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

1  DATED: February 21, 2024

                                                                      */s/Anthony M. Barnes*
                                                                      Anthony M. Barnes
                                                                       Aqua Terra Aeris Law Group
                                                                       Attorneys for Plaintiff
                                                                       LOS ANGELES WATERKEEPER

NOTICE OF TENTATIVE SETTLEMENT; NOTICE OF COMMENCEMENT 45-DAY REVIEW PERIOD